IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHANDA ALSTON, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. Action No. 7-0682(RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO HAVE SUMMONS ISSUE

Plaintiffs move, pursuant to Rule 7 of the Federal Rules of Procedure and 28 U.S.C. §1915, for an Order directing the Clerk to issue the summons for this action. The grounds for Plaintiffs' motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

Karen D. Alvarez
D.C. Bar No. 423186
1442 Foxhall Road, N.W.
Washington, D.C. 20007
(202) 333-8553
202-333-1546 (Fax)

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al, | ) |
| | ) |
| Plaintiffs, | ) Civ. Action No. 7-0682(RMU) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO HAVE SUMMONS ISSUE

Plaintiffs' Motion for Leave to Proceed in Forma Pauperis, pursuant to 28 U.S.C. §1915(a) was granted on April 19, 2007. The Clerk is required, by 28 U.S.C. §1915(d), to issue the summons in this action. See App. A (instructions of the Clerk of the Court for plaintiffs seeking leave to proceed in forma pauperis). The clerk has not yet done so. Accordingly, Plaintiffs request that the Court direct the Clerk to issue the summons in this action.

Respectfully submitted,

Karen D. Alvarez
D.C. Bar No. 423186

2

>1442 Foxhall Road, N.W.
>Washington, D.C. 20007
>(202) 333-8553
>202-333-1546 (Fax)

Case 1:07-cv-00682-RMU    Document 4    Filed 07/09/2007    Page 3 of 4

Rev. 4/06
NP

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**INSTRUCTIONS FOR FILING A CIVIL COMPLAINT (NON-PRISONER)**

The filing fee to file a new civil case is $350.00. If you cannot afford to pay the filing fee, you may ask the Court to permit you to proceed without prepayment of costs. To do this, you must complete and sign the attached Application to Proceed without Prepayment of Fees and Affidavit, and submit it with your original complaint.

➪ The name of this Court must be written at the top of the first page of your complaint. (Sample format attached).

➪ Pursuant to our Local Rules, your **name**, **address** and **telephone number** must appear in the caption. A Post Office Box is insufficient as an address, unless you file a separate motion asking the Court to permit such an address.

➪ All defendants **must** be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant. Please provide the address of each named defendant.

➪ The word **COMPLAINT** must appear under the caption. Clearly set out your grievance in the body of the complaint, name those against whom you have a grievance, and what you would like the Court to do to correct the situation.

➪ Your complaint must be **legibly** handwritten or typed on white, letter-size (8 1/2 x 11 inch) paper. Write only on the front of each page. Your complaint **must** be double-spaced. If you are requesting a jury trial, the jury demand must be stated in your complaint.

➪ You **must** originally sign your complaint in ink.

➪ You **must** file the originally signed complaint, as well as the originally signed Application to Proceed without Prepayment of Fees, if applicable. DO NOT SEND BOTH THE FILING FEE AND THE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES, only one or the other.

➪ Preparation of the summons will be the responsibility of the Clerk's Office, upon direction of the Judge.

➪ Please allow approximately **4-6 weeks** for approval of the Application to Proceed without Prepayment of Fees. Written notice will be mailed..

➪ Please mail your complaint and all other appropriate documents to: U.S. District Court Clerk's Office, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001.

NANCY MAYER-WHITTINGTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al, | ) ) ) ) |
| Plaintiffs, | ) ) Civ. Action No. 7-0682(RMU) |
| v. | ) ) ) |
| DISTRICT OF COLUMBIA, et al. | ) ) ) |
| Defendants. | ) |

## **ORDER**

The Clerk of the Court, is, this ____ day of July, 2007, hereby

**ORDERED** to issue the summons in this action.

_____
U.S. District Court Judge