UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**CHANDA ALSTON, et al.,**           :
:
     **PLAINTIFFS**             :
:  Civ. Action No. 07-682 (RMU)
    **v.**                    :
:
**DISTRICT OF COLUMBIA, et al.,**    :
:
     **DEFENDANTS.**            :
_____

## NOTICE OF APPEARANCE

      Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for Defendants Clifford Janey, Judith Smith, Paula Perelman, Deirdre Council[1], Ruth Blake, and Arthur Fields.

      Respectfully submitted,

      LINDA SINGER
      Attorney General for the
        District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General
      Civil Litigation Division

      */s/ Edward P. Taptich*_____
      EDWARD P. TAPTICH (012914)
      Section Chief
      Equity Section Two

---

[1] "Deborah" Council is named as a Plaintiff in the above-captioned case. However, Deirdre Council believes she is the intended Plaintiff, and she has accepted service of the Complaint.

1

2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**August 3, 2007**