UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**CHANDA ALSTON, et al.,** :
:
      **PLAINTIFFS** :
: Civ. Action No. 07-682 (RMU)
      **v.** :
:
**DISTRICT OF COLUMBIA, et al.,** :
:
      **DEFENDANTS.** :
_____

**NOTICE OF APPEARANCE**

      Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for Defendant District of Columbia.

      Respectfully submitted,

      LINDA SINGER
      Attorney General for the
        District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General
      Civil Litigation Division

      */s/ Edward P. Taptich*_____
      EDWARD P. TAPTICH (012914)
      Section Chief
      Equity Section Two

      */s/ Veronica A. Porter*_____
      VERONICA A. PORTER (412273)
      Assistant Attorney General
      Civil Litigation Division
      Equity Section Two

441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**August 3, 2007**