UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
CHANDA ALSTON, et al.,                  :
                                        :
        PLAINTIFFS                      :
                                        :   Civ. Action No. 07-682 (RMU)
        v.                              :
                                        :
DISTRICT OF COLUMBIA, et al.,           :
                                        :
        DEFENDANTS.                     :
_____

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT**

Defendants Clifford Janey, Judith Smith, Paula Perelman, Deirdre Council[1], Ruth Blake, Arthur Fields and the District of Columbia, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from August, 2007[2], to and including September 21, 2007, within which to file an answer to Plaintiffs' Complaint. The reasons for this request are as follows:

1) Undersigned counsel would like to file **one** Answer on behalf of the above-named Defendants.

2) Undersigned counsel presently represents seven of the ten named Defendants, but may be called upon to represent some or all of the three remaining Defendants. The undersigned is still attempting to make contact with the some of the remaining

---

[1] "Deborah" Council is named as a Plaintiff in the above-captioned case. However, Deirdre Council believes she is the intended Plaintiff, and she has accepted service of the Summons and Complaint.

[2] Defendants were served copies of the Summons and Complaint on different days so the

1

Defendants, and has not received the appropriate paperwork to solidify this attorney/client relationship for other Defendants.

    3) Some of the Defendants have not yet been served.[3]

    4) Because of pending vacation schedules and present work loads for some of the Defendants, the undersigned needs addition time to prepare her answer.

Undersigned counsel telephoned Plaintiffs' counsel regarding the relief sought by this motion. Plaintiffs' counsel has not returned the phone call.

Based upon the foregoing, the above-named Defendants, respectfully requests that this motion be granted and that its time to file their Answer be extended to and including September 21, 2007.

                              Respectfully submitted,

                              LINDA SINGER
                              Attorney General for the
                                District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              */s/ Edward P. Taptich*_____
                              EDWARD P. TAPTICH (012914)
                              Section Chief
                              Equity Section Two

---

deadline to file an answer varies.
[3] It appears that the Mayor has not been served as required by Fed. R. Civ. P. 4(j)(2). Document 8 shows that the U.S. Marshals were to serve the Mayor (District of Columbia) at the John Wilson Building, 1350 Pennsylvania Avenue. Instead, the Marshals served the Office of the Attorney General (OAG) at 441 4th Street, N.W. However, undersigned counsel will not contest this technicality.

                                                      */s/ Veronica A. Porter*  
                                                      VERONICA A. PORTER (412273)  
                                                      Assistant Attorney General  
                                                      Civil Litigation Division  
                                                      Equity Section Two  
                                                      441 Fourth Street, N.W., Sixth Floor South  
                                                      Washington, D.C.  20001  
                                                      (202) 724-6651 (phone)  
                                                      (202) 727-3625 (facsimile)  
                                                      veronica2.porter@dc.gov

**August 3, 2007**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE AN ANSWER TO COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

                    Respectfully submitted,

                    LINDA SINGER
                    Attorney General for the District
                     of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    */s/ Edward P. Taptich*
                    EDWARD P. TAPTICH (012914)
                    Chief, Equity Section 2

                    /s/ *Veronica A. Porter*
                    VERONICA A. PORTER (412273)
                    Assistant Attorney General
                    441 4th St., N.W., Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-6651
                    (202) 727-3625 (facsimile)
                    veronica2.porter@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**CHANDA ALSTON, et al.,**          :
:
    **PLAINTIFFS**              :
:    Civ. Action No. 07-682 (RMU)
    vi.                          :
:
**DISTRICT OF COLUMBIA, et al.,**   :
:
    **DEFENDANTS.**             :
_____

## **ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File an Answer to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendants may file their answer to the Complaint on or before September 21, 2007.

_____
UNITED STATES DISTRICT JUDGE