IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al, | ) |
| | ) |
| Plaintiffs, | ) Civ.Action No 7-CV-0682(RMU) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION IN SUPPORT OF ENTRY OF JUDGMENT OF DEFAULT

### In re: Defendant Mary Lee Phelps

I, Karen D. Alvarez, declare as follows:

1. I am attorney of record for Plaintiffs in this case.

2. On July 12, 2007 Defendant Mary Lee Phelps was served with the summons and complaint in this action.

3. No appearance has been entered by or on behalf of Defendant Phelps, no pleading has been filed on her behalf, none has been served upon the attorney for Plaintiffs, no extension has been given and the time for filing of her pleading has expired.

4. Defendant is neither an infant nor an incompetent person.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____

Date:   August 6, 2007            Karen D. Alvarez

                                                   D.C.Bar No. 423186  
                                                   1442 Foxhall Road, NW  
                                                   Washington, D.C. 20007  
                                                   (202) 333-8553