IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al, | ) |
| | ) |
| Plaintiffs, | ) Civ. Action 7-CV-0682(RMU) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |
| ……………………………………… | ) |

## MILITARY CERTIFICATE

### In re: Defendant Mary Lee Phelps

**(Certificate in Compliance with the Soldiers and Sailors Civil Relief Act of 1940, as amended, 50 U.S.C.§ 520)**

I, Karen D. Alvarez, declare as follows:

1. I am attorney of record for Plaintiffs in this case.

2. I make this certificate pursuant to the provisions of the Soldiers and Sailors Relief Act of 1940, as amended in 1942 and 1960.

3. I have caused careful investigation to be made to ascertain whether or not Defendant Phelps is in the military service of the United States or its allies and that as a result of said investigation, I have discovered and do hereby allege that said Defendant is not in the military service of the Untied States or its allies, that she is not a member of the Army, Navy, Marine Corps or Coast Guard of the United States, or an officer of the public Health Service detailed for duty either with the Army or Navy, and said

Defendant is not on active duty with any branches aforesaid, nor is Defendant under training or education under the supervision of the United States preliminary to induction in the military services, and the Defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has the Defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the Defendant a member of the Enlisted Reserve Corps ordered to report for military service , but is an employee or contractor of the D.C. Public Schools.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____

Date   August 6, 2007               Karen D. Alvarez

                                    D.C. Bar No. 423186
                                    1442 Foxhall Road, NW
                                    Washington, D.C. 20007
                                    (202) 333-8553