Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHANDA ALSTON, et al

    Plaintiff(s)

Civil Action No. 07-682 RMU

V.

DISTRICT OF COLUMBIA, et al

    Defendant(s)

RE: MARY LEE PHELPS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 12, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 7th day of August, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:    N. Wilkens
      Deputy Clerk