UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   :
**CHANDA ALSTON, et al.,**         :
                                   :
         **PLAINTIFFS**             :
                                   :   Civ. Action No. 07-682 (RMU)
         **v.**                     :
                                   :
**DISTRICT OF COLUMBIA, et al.,**  :
                                   :
         **DEFENDANTS.**            :
_____

### NOTICE OF APPEARANCE

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for Defendant Mary Lee Phelps.

                              Respectfully submitted,

                              LINDA SINGER
                              Attorney General for the
                                District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              */s/ Edward P. Taptich*_____
                              EDWARD P. TAPTICH (012914)
                              Section Chief
                              Equity Section Two

                              */s/ Veronica A. Porter*_____
                              VERONICA A. PORTER (412273)
                              Assistant Attorney General
                              Civil Litigation Division
                              Equity Section Two

        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**August 8, 2007**