UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CHANDA ALSTON, et al.,               :
                                     :
        PLAINTIFFS                   :
                                     :        Civ. Action No. 07-682 (RMU)
            v.                       :
                                     :
DISTRICT OF COLUMBIA, et al.,        :
                                     :
        DEFENDANTS.                  :
_____

**SUPPLEMENT TO DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT**

On August 3, 2007, undersigned counsel filed "Defendants' Motion for Extension of time to File Answer to Complaint" (Document 12) on behalf of seven Defendants. Since that filing, the undersigned has also entered her appearance on behalf of Defendants Breona Harrison and Mary Lee Phelps. Undersigned counsel respectfully requests that Defendants Harrison and Phelps be included as parties to that motion (Document 12).

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the
                                            District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        */s/ Edward P. Taptich*_____
                                        EDWARD P. TAPTICH (012914)
                                        Section Chief
                                        Equity Section Two

1

2

                                    /s/ *Veronica A. Porter*_____
                                    VERONICA A. PORTER (412273)
                                    Assistant Attorney General
                                    Civil Litigation Division
                                    Equity Section Two
                                    441 Fourth Street, N.W., Sixth Floor South
                                    Washington, D.C.  20001
                                    (202) 724-6651 (phone)
                                    (202) 727-3625 (facsimile)
                                    veronica2.porter@dc.gov

**August 8, 2007**