IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al, | ) |
| Plaintiffs, | ) Civ.Action No 7-CV-0682(RMU) |
| v. | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| Defendants. | ) |

**PLAINTIFFS' OPPOSITION TO MOTION OF DEFENDANT PHELPS TO SET ASIDE DEFAULT ENTRY**

Defendant Mary Lee Phelps appeared to day and filed a Motion to Set Aside Default. See Docket Doc. No. 19. Plaintiffs oppose Defendant Phelps' Motion on the ground that it fails to comply with Local Civil Rule 7.1 (g). That rule bars a motion to vacate default that is not accompanied by a verified answer. No verified answer is attached to Defendant's motion, which is in every respect devoid of evidentiary support.

Respectfully submitted,

Karen D. Alvarez
D.C.Bar No. 423186
1442 Foxhall Road, NW
Washington, D.C. 20007
(202) 333-8553

1

Case 1:07-cv-00682-RMU   Document 21   Filed 08/08/2007   Page 2 of 2