IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CHANDA ALSTON, et al,                        )
                                             )
                                             )
                                             )
        Plaintiffs,                          )    Civ.Action No 7-CV-0682(RMU)
                                             )
                                             )
                v.                           )
                                             )
DISTRICT OF COLUMBIA, et al,                 )
                                             )
        Defendants.                          )
……………………………………………)


<u>**PLAINTIFFS' OPPOSITION TO MOTION OF DEFENDANT PHELPS TO
EXTEND TIME WITHIN WHICH TO ANSWER PLAINTIFFS' COMPLAINT**</u>


        Plaintiffs oppose Defendant's motion. The clerk entered default against Defendant

Mary Lee Phelps on August 7, 2007. Docket Doc. No. 16.  Defendant Phelps has not

filed a motion to vacate default that complies with the Rules of this Court, <u>see</u> Docket

Doc. No. 20, and the entry of default has not been vacated.

        Consequently, any motion by Defendant Phelps to extend time within which to

answer Plaintiffs' Complaint is premature.



                                    Respectfully submitted,

                                    Karen D. Alvarez
                                    D.C.Bar No. 423186
                                    1442 Foxhall Road, NW
                                    Washington, D.C. 20007
                                    (202) 333-8553