UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CHANDA ALSTON, et al.,              :
                                    :
        PLAINTIFFS                  :
                                    :     Civ. Action No. 07-682 (RMU)
        v.                          :
                                    :
DISTRICT OF COLUMBIA, et al.,       :
                                    :
        DEFENDANTS.                 :
_____

**REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT PHELPS' MOTION
FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**

On August 3, 2007, undersigned counsel filed "Defendants' Motion for Extension of time to File Answer to Complaint" ("Motion") on behalf of seven Defendants. On August 8, 2007, Defendant Phelps filed a Supplement to that Motion, requesting that she be included as a party to that Motion. On August 8, 2007, Phelps also filed a motion to set aside a default judgment.

Plaintiffs filed an opposition to the Supplemental Motion on August 9, 2007, asserting (without explanation) (1) that Phelps' motion to vacate the default judgment did not comply with the rules of the Court; and (2) that (it seems) since the default judgment has not been vacated, Phelps' Supplemental Motion is premature.

Defendant Phelps' motion to set aside default judgment did comply with Fed. R. Civ. P. 55(c). In addition, Phelps filed the Supplemental Motion and the motion to set aside default judgment simultaneously, anticipating that the Court would want to set a date the answer must be filed once the default judgment is set aside.

1

Accordingly, for the reasons stated in the Supplemental Motion and Reply, Defendant Phelps' request for extension of time to file an answer must be granted.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the
          District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**August 9, 2007**