**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                       :
CHANDA ALSTON, et al.,                 :
                                       :
    PLAINTIFFS                         :
                                       :    Civ. Action No. 07-682 **(RMU)**
    v.                                 :
                                       :
DISTRICT OF COLUMBIA, et al.,          :
                                       :
    DEFENDANTS.                        :
_____

## DEFENDANT PHELPS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO SET ASIDE DEFAULT JUDGMENT

On August 8, 2007, Defendant Mary Lee Phelps, through counsel, filed a Motion to Set Aside Default Judgment ("Motion") because service of the Summons and Complaint was ineffective. Plaintiffs filed an opposition to the Motion arguing that Defendant's Motion should be denied because Defendant did not attach a verified answer to the Motion.

Defendant Phelps filed the Motion pursuant to Fed. R. Civ. P. 55(c), which **does not** also require the filing of an answer. Rule 55(c) requires only that good cause be shown. Moreover, since Phelps was improperly served and never received a copy of the Summons and Complaint, the Court had no jurisdiction to issue a default judgment against her.

Accordingly, for the reasons stated in the Motion and the Reply the default judgment against Phelps must be set aside.

Respectfully submitted,

LINDA SINGER
Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ *Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**August 9, 2007**