IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CHANDA ALSTON, et al,    )
             )
             )
             )
 Plaintiffs,      ) Civ.Action No 7-CV-0682(RMU)
             )
             )
    v.       )
             )
DISTRICT OF COLUMBIA, et al,  )
             )
 Defendants.     )
……………………………………………)


**PLAINTIFFS' OPPOSITION TO MOTION OF DEFENDANT BREONA
HARRISON TO EXTEND TIME WITHIN WHICH TO ANSWER PLAINTIFFS'
COMPLAINT**


Plaintiffs' oppose Defendant Breona Harrison's motion to enlarge time to answer

Plaintiffs' Complaint on the grounds that: (1) it fails to allege excusable neglect, as

required by Rule 6(b)(2);  (2) it violates the policies underlying the pleading requirements

of the Federal Rules; (3) it interferes with the Court's orderly administration of justice

and (4) it prejudices the Plaintiffs.

On August 8, 2007 Defendant Harrison filed a Supplemental Motion, Docket

Doc. No. 18, in which she moved to join in an earlier motion to enlarge, Docket Doc. No.

12, filed by her counsel on August 3, 2007. The August 3, 2007 Motion sought an

enlargement of time to answer on behalf of seven of the Defendants named in Plaintiffs"

Complaint, so that all seven, along with others who might later be represented by their counsel, could file a single joint Answer to the Complaint. Docket Doc. No. 12 at 1.

The August 3, 2007 Motion sought an enlargement pursuant to Rule 6(b) (1). <u>Id</u>. Rule 6(b) (1) was not available to four of the Defendants named in that Motion--- Defendants Janey, Perelman, Council and Fields--- because their Answers were overdue as of August 3, 2007. <u>See</u> ECF Docket Entry of July 18, 2007, entering Docket Doc. 5 (return of service executed July 12, 2007, answer due August 1, 2007); Docket Doc. 20 at 2-3. (Plaintiffs' Opposition to the August 3 motion of Defendants Janey, Perelman, Council and Fields).

 Defendant Harrison was served with the Summons and Complaint in this action on July 12, 2007 and her answer, similarly, was due on August 1, 2007. Docket Doc. No. 5.  Defendant Harrison can not, therefore, move for enlargement under Rule 6(b) (1). For the reasons stated in Plaintiffs' Opposition to the motion of Defendants Janey, Perelman, Council and Fields, Defendant Harrison's motion to enlarge fails to meet the requirements for enlargement set forth by Rule 6(b)(2). Plaintiffs here incorporate by reference pages 2-9 of that Opposition, Docket Document No. 20.

For all of the foregoing reasons, Plaintiffs respectfully submit that Defendant Breona Harrison's motion to extend time, until September 21, 2007, to answer Plaintiffs' Complaint, should be denied.

Respectfully submitted,

Karen D. Alvarez
D.C.Bar No. 423186
1442 Foxhall Road, NW

Washington, D.C. 20007
(202) 333-8553