UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
CHANDA ALSTON, et al.,            :
:
PLAINTIFFS      :
:     Civ. Action No. 07-682 (RMU)
v.                     :
:
DISTRICT OF COLUMBIA, et al.,     :
:
DEFENDANTS.     :
_____

## DEFENDANT SMITH'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

On August 3, 2007, Defendants Clifford Janey, Judith Smith, Paula Perelman, Deirdre Council[1], Ruth Blake, Arthur Fields and the District of Columbia filed a motion for an extension of time to and including September 21, 2007, within which to file an answer to Plaintiffs' Complaint. Plaintiffs filed an opposition to this Motion with respect to Defendant Judith Smith on August 10, 2007 (Document 25).

Plaintiffs oppose the Motion because the Motion does not "seek an enlargement of time to permit Defendant Smith to prepare her Answer." *See Opposition, p. 1*. Defendant Smith does not understand Plaintiffs' objection, since the very purpose of filing the Motion was to allow Defendant Smith until September 21, 2007 to file an answer to the complaint.

---

[1] "Deborah" Council is named as a Defendant in the above-captioned case. However, Deirdre Council believes she is the intended Defendant, and she has accepted service of the Summons and Complaint.

1

Plaintiffs also object to Defendant Smith's Motion because "the purpose sought contravenes the policy or requirements of the Federal Rules." *Opposition, pp. 2-3*. Since the meaning of this objection is unclear, Defendant Smith can not formulate an intelligent response.

Finally, Plaintiffs object to the filing of a "single, joint Answer." *Opposition, p. 2*. To clarify Defendants' intention, Defendants intend to file one document. However, each of the defendants represented by undersigned counsel, including Defendant Smith, will answer each allegation separately. The document will clearly state which Defendants admit and which Defendants deny the allegations in the Complaint. Defendants believe it will be a more efficient use of the Court's time to read one document rather than eight separate answers to the Complaint.

For the reasons stated herein, and in Defendants Motion filed August 3, 2007, Defendants Motion should be granted.

Respectfully submitted,

LINDA SINGER
Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

        */s/ Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**August 15, 2007**