UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**CHANDA ALSTON, et al.,**         :
:
     **PLAINTIFFS**              :
:    Civ. Action No. 07-682 (RMU)
     v.                         :
:
**DISTRICT OF COLUMBIA, et al.,**  :
:
     **DEFENDANTS.**             :
_____

**DEFENDANT HARRISON'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**

On August 3, 2007, Defendants Clifford Janey, Judith Smith, Paula Perelman, Deirdre Council[1], Ruth Blake, Arthur Fields and the District of Columbia filed a motion for an extension of time to and including September 21, 2007, within which to file an answer to Plaintiffs' Complaint. Defendant Breona Harrison filed a Supplemental Motion on August 8, 2007, joining in the August 3, 2007 motion for extension of time. Plaintiffs filed an opposition to the Supplemental Motion with respect to Defendant Breona Harrison on August 12, 2007 (Document 26).

Plaintiffs oppose the Supplemental Motion because "(1) it fails to allege excusable neglect as required by Rule 6(b)(2); (2) it violates the policies underlying the pleading requirements of the Federal Rules; (3) it interferes with the Court's orderly administration of justice and (4) it prejudices the Plaintiffs" (*Plaintiffs' Opposition, p. 1*).

---

[1] "Deborah" Council is named as a Defendant in the above-captioned case. However, Deirdre Council believes she is the intended Defendant, and she has accepted service of the Summons and Complaint.

In lieu of arguing their Opposition, Plaintiffs incorporated by reference pages 2-9 of ECF Document 20.

In reply, Defendant Harrison incorporates by reference pages 2-5 of "Defendants' Reply to Plaintiffs' Opposition to Motion for Extension of Time to File Answer to Complaint" filed herein August 15, 2007 (Document 27).

                                           Respectfully submitted,

                                           LINDA SINGER
                                           Attorney General for the
                                             District of Columbia

                                           GEORGE C. VALENTINE
                                           Deputy Attorney General
                                           Civil Litigation Division

                                           */s/ Edward P. Taptich*_____
                                           EDWARD P. TAPTICH (012914)
                                           Section Chief
                                           Equity Section Two

                                           */s/ Veronica A. Porter*_____
                                           VERONICA A. PORTER (412273)
                                           Assistant Attorney General
                                           Civil Litigation Division
                                           Equity Section Two
                                           441 Fourth Street, N.W., Sixth Floor South
                                           Washington, D.C.  20001
                                           (202) 724-6651 (phone)
                                           (202) 727-3625 (facsimile)
                                           veronica2.porter@dc.gov

**August 15, 2007**