IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al, | ) |
| | ) |
| Plaintiffs, | ) Civ.Action No 7-CV-0682(RMU) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al, | ) |
| | ) |
| Defendants. | ) |

**PRAECIPE**

The Clerk of the Court will please note that the address of the Alston plaintiffs has changed to: 10809 Georgia Avenue, Apt. 102, Wheaton, MD 20902.

Respectfully submitted,

Karen D. Alvarez
D.C.Bar No. 423186
1442 Foxhall Road, NW
Washington, D.C. 20007
(202) 333-8553

1