IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al )<br>)<br>    Plaintiffs, ) Civ. Action No.07-0682 (RMU)<br>)<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>    Defendants )<br>) | |

**PLAINTIFFS' MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS CLAIMS**

_____

Plaintiffs move, pursuant to Rule 6(b) (1) of the Federal Rules of Civil Procedure. to enlarge the time within which to respond to Defendants' Motion to Dismiss Claims, Docket Doc. No. 34, until January 15, 2008.

The grounds for Plaintiffs' Motion are more fully set forth in the accompanying memorandum of points and authorities.

Defendants, by Robert Utiger, Esq., have consented to Plaintiffs' Motion to Enlarge Time until January 15, 2008

Respectfully submitted,

Karen D. Alvarez
Attorney for Plaintiffs
D.C. Bar No. 423186
1442 Foxhall Rd, N.W.
Washington, DC 20007

(202) 333-8553  
202-333-1546 (Fax)

IN **THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHANDA ALSTON, et al.** | ) |
| | ) |
|     **Plaintiffs,** | ) Civ. Action No. 07-0682 (RMU) |
| | ) |
|     v. | ) |
| | ) |
| **DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
|     **Defendants** | ) |
| | ) |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS CLAIMS**

On December 19, 2007, shortly before the beginning of the holiday period, Defendants filed their Motion to Dismiss Claims, Docket Doc. No. 34. Due to the press of business during the holiday period, Plaintiffs require additional time to respond to Defendants' Motion. Defendants have consented to an enlargement of time until January 15, 2008.

Plaintiffs respectfully request that the Court enlarge time to respond to Defendants' Motion until January 15, 2008.

                                                    Respectfully submitted,

        Karen D. Alvarez
        Attorney for Plaintiffs
        D.C. Bar No. 423186
        1442 Foxhall Rd, N.W.
        Washington, DC 20007
        (202) 333-8553
        202-333-1546 (Fax)