UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**CHANDA ALSTON, et al.,**            :
:
       **PLAINTIFFS,**         :
:    Civ. Action No. 07-682 (RMU)
       **v.**              :
:
**DISTRICT OF COLUMBIA, et al.,**      :
:
       **DEFENDANTS.**        :
_____

**DEFENDANTS' CONSENT MOTION FOR EXTENSION
OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS
SUED IN THEIR PERSONAL CAPACITY, §1983 CLAIMS, §504 CLAIMS AND
CLAIMS FILED PURSUANT TO THE AMERICANS WITH DISABILITIES ACT**

    Defendants, through counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from January 23, 2008, to and including February 8, 2008, to file their Reply. Undersigned counsel is burdened with several upcoming deadlines, and will be unable to file a Reply by January 23, 2008.

    Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief sought by this motion. Plaintiffs' counsel has consented to the relief requested.

    Based upon the foregoing, the above-named Defendants respectfully requests that this motion be granted and that the time to file their reply be extended to and including February 8, 2008.

                              Respectfully submitted,

2

        PETER J. NICKLES
        Interim Attorney General for the
          District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two


        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov


**January 16, 2008**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS SUED IN THEIR PERSONAL CAPACITY, §1983 CLAIMS, §504 CLAIMS AND CLAIMS FILED PURSUANT TO THE AMERICANS WITH DISABILITIES ACT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Chief, Equity Section 2

    /s/ *Veronica A. Porter*_____
    VERONICA A. PORTER (412273)
    Assistant Attorney General
    441 4th St., N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6651
    (202) 727-3625 (facsimile)
    veronica2.porter@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   :
**CHANDA ALSTON, et al.,**         :
                                   :
      **PLAINTIFFS,**      :
                                   :  Civ. Action No. 07-682 (RMU)
      **v.**              :
                                   :
**DISTRICT OF COLUMBIA, et al.,**  :
                                   :
      **DEFENDANTS.**     :
_____

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File a Reply, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED,** that Defendants may file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Claims Against Defendants Sued in their Personal Capacity, §1983 Claims, §504 Claims and Claims Filed Pursuant to the Americans with Disabilities Act on or before February 8, 2008.

                                            _____
                                            UNITED STATES DISTRICT JUDGE