**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHANDA ALSTON *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   07-0682 (RMU) |
| | : | |
| v. | : | Document No.:   34 |
| | : | |
| DISTRICT OF COLUMBIA *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**GRANTING IN PART AND DENYING IN PART THE DEFENDANTS' PARTIAL MOTION TO DISMISS**

For the reasons stated in the accompanying Memorandum Opinion, it is this 19th day of June, 2008,

**ORDERED** that the defendant's partial motion to dismiss is **GRANTED in part** and **DENIED in part**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge