REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: L

| CAUSE OF ACTION: Civil Rights | | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-0682 | DATE REFERRED:<br>8/11/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Conference | JUDGE:<br>Ricardo M. Urbina | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S):<br>CHANDA ALSTON, et al. | DEFENDANT(S):<br>DISTRICT OF COLUMBIA, et al. |
|---|---|

**ENTRIES:**

Case referred for settlement conference to be held on 10/14/2008 at 10:00 A.M. before Magistrate Judge John M. Facciola.